**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Guillermo Andres Isordia**<br>DOB: 1998; U.S. Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>**21-00194MJ** |

| Complaint for violations of: Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(i)<br>Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)<br>Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about April 1, 2021, at or near Nogales, in the District of Arizona, **Guillermo Andres Isordia** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

COUNT 2: On or about April 1, 2021, at or near Nogales, in the District of Arizona, **Guillermo Andres Isordia** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

COUNT 3: On or about April 1, 2021, at or near Nogales, in the District of Arizona, **Guillermo Andres Isordia** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 1, 2021, Guillermo Andres ISORDIA entered the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. ISORDIA was the driver, registered owner, and sole occupant of a 2012 GMC Canyon. In post-primary inspection, a Customs and Border Protection canine alerted to an odor it had been trained to detect emanating from the undercarriage/gas tank area of ISORDIA's vehicle. Officers x-rayed the vehicle and observed anomalies in the gas tank. Officers searched the vehicle and found 50 packages concealed inside the gas tank. Representative samples of the contents of the packages were field tested and yielded positive results for the characteristics of methamphetamine, fentanyl and heroin. Two packages of methamphetamine weighed 1.32 kilograms. Twenty-two (22) packages of fentanyl weighed 13.74 kilograms. Twenty-six (26) packages of heroin weighed 15.76 kilograms.

After waiving his *Miranda* rights, ISORDIA initially stated that he thought he would be picking up currency from Phoenix, Arizona, and transporting it to Mexico. ISORDIA eventually recanted his story and stated that he should have known there were narcotics concealed inside his vehicle. ISORDIA stated that he did not know the amount nor type of narcotics, but that he knew something was in his vehicle. ISORDIA also stated that he had noticed on a previous trip that he had issues with his vehicle's fuel pump. ISORDIA stated he was going to be paid $1,000. ISORDIA also stated that he had made trips like these two times in the past, and that this attempt was his third time. ISORDIA stated he was paid $500 for the first trip and $1,000 for the second trip.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>JS2/am<br>AUTHORIZED AUSA *Julie A. Sottosanti*    JULIE SOTTOSANTI <small>Digitally signed by JULIE SOTTOSANTI Date: 2021.04.02 09:33:50 -07'00'</small> | SIGNATURE OF COMPLAINANT (official title)<br>ERIC A CURRY <small>Digitally signed by ERIC A CURRY Date: 2021.04.02 09:44:57 -07'00'</small><br>**OFFICIAL TITLE**<br>HSI Special Agent<br>Eric Curry |
|---|---|

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Eric J. Markovich* | DATE<br>April 2, 2021 |
|---|---|

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54